IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01914-LTB

JAMES E. JENNINGS,

    Plaintiff,

v.

MICHELLE K. LEE, Deputy Under Secretary of Commerce for Intellectual Property and
    Director of the United States Patent and Trademark Office, in her official capacity,

    Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On November 24, 2015, Plaintiff filed a Motion to Consolidate (ECF No. 10) requesting that this Court consolidate this case with two other cases he filed in this Court. However, the current case was dismissed without prejudice and judgment was entered on November 13, 2015. (ECF Nos. 8 and 9).   Therefore, the Motion to Consolidate is DENIED.

DATED: December 1, 2015

---