IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01914-LTB

JAMES E. JENNINGS,

    Plaintiff,

v.

MICHELLE K. LEE, Deputy Under Secretary of Commerce for Intellectual Property and
    Director of the United States Patent and Trademark Office, in her official capacity,

    Defendant.

_____

MINUTE ORDER
_____

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On December 3, 2015, Plaintiff filed a Motion to Compile (ECF No. 12) and on December 10, 2015, he filed a Motion to Compel (ECF No. 13).  However, the current case was dismissed without prejudice and judgment was entered on November 13, 2015.  (ECF Nos. 8 and 9).  Therefore, the Motion to Compile (ECF No. 12) and Motion to Compel (ECF No. 13) are DENIED as moot.

DATED: February 3, 2016

_____